UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
(Fort Wayne Division)

| | |
|---|---|
| INTERNATIONAL TRUCK AND ENGINE CORPORATION and INTERNATIONAL TRUCK INTELLECTUAL PROPERTY CO., LLC,<br><br>Plaintiffs,<br>v.<br><br>CATERPILLAR INC.,<br><br>Defendant. | Case No. 1:03 CV265 |
| CATERPILLAR INC.,<br><br>Counter-Plaintiff,<br>v.<br><br>INTERNATIONAL TRUCK AND ENGINE CORPORATION and INTERNATIONAL TRUCK INTELLECTUAL PROPERTY CO., LLC,<br><br>Counter-Defendants | |

**JOINT MOTION TO STAY LITIGATION OF THIS CASE PENDING FINAL DETERMINATION OF THE REEXAMINATION OF THE PATENT-IN-SUIT**

Plaintiffs International Truck and Engine Corporation and International Truck Intellectual Property Co. ("Plaintiffs") and defendant Caterpillar Inc. ("Caterpillar") respectfully move the Court to stay this litigation pending final determination by the United States Patent and

Trademark Office ("PTO") of the Reexamination of U.S. Patent No. 4,809,177 ("the '177 Patent-in-Suit") in accordance with the attached stipulation of the parties. (**Exhibit A**)

Caterpillar previously moved for a stay in view of its pending Request for Reexamination of the patent and the Court, in view of the fact that the PTO had not yet granted the Request, denied Caterpillar's motion without prejudice to renewal. The PTO subsequently ordered Reexamination on November 23, 2004. The PTO's Order grants reexamination of every claim at issue in the current litigation. To conserve the resources of this Court and those of the parties, the parties now jointly move for a stay pending final resolution of the pending Reexamination proceeding.

Respectfully submitted,

John T. Menzie  Attorney No. 10255-02
BURT, BLEE, DIXON, SUTTON
& BLOOM, LLP
200 East Main Street – Suite 1000
Fort Wayne, Indiana 46802
Telephone: (260) 426-1300
Facsimile: (260) 422-2722

C. Erik Chickedantz (#3209-02)
HAWK, HAYNIE, KAMMEYER &
CHICKEDANTZ, LLP
116 East Berry Street, Suite 302
Fort Wayne, Indiana 46802
(260) 422-1515
Fax: (260) 424-2656

Robert G. Abrams
William K. West, Jr.
Gregory J. Commins, Jr.
Pamela S. Kane
Michael J. Stimson
HOWREY SIMON ARNOLD &
  WHITE, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Raymond P. Niro, Jr.
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Fax: (312) 236-3137

ATTORNEYS FOR  
CATERPILLAR INC.

ATTORNEYS FOR  
PLAINTIFFS

December 7, 2004