IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
(Fort Wayne Division)

| | |
|---|---|
| INTERNATIONAL TRUCK AND ENGINE CORPORATION and INTERNATIONAL TRUCK INTELLECTUAL PROPERTY CO., LLC. </br></br>        Plaintiffs, </br></br>   v. </br></br>CATERPILLAR INC., </br></br>        Defendant. | Case No. 1:03cv265 |

## STIPULATION AND AGREED ORDER REGARDING STAY OF LITIGATION PENDING REEXAMINATION OF THE PATENT-IN-SUIT

The parties agree as follows:

1. Plaintiffs will comply with the Court's order of November 22, 2004, regarding production of documents and responding to interrogatories.

2. Plaintiffs will certify compliance with the Court's order of November 22, 2004, and Caterpillar will be allowed to confirm such compliance by deposing a witness knowledgeable about Plaintiffs' records on service manuals and electrical system schematics for microprocessor-based controllers in the applicable time period.

3. During and after Plaintiffs' compliance with the Court's Order of November 22, 2004, and any deposition taken pursuant to Paragraph 2, the parties agree to stay the litigation and to forego any further discovery, including expert discovery and all depositions referred to in the Court's Order of November 29, 2004, until such time as the reexamination of the Patent-in-Suit by the U.S. Patent and Trademark Office, including any appeals to the Board of Patent Appeals and Interferences and the Court of Appeals of the Federal Circuit, is complete.

EXHIBIT "A"

4. Following completion of the reexamination of the Patent-in-Suit, the parties shall report to the Court on the impact of the reexamination on Plaintiffs' claims in the litigation and what further action need be taken to conclude the litigation.

_____
John T. Menzie (#10255-02)
BURT, BLEE, DIXON, SUTTON &
 BLOOM, LLP
200 East Main Street, Suite 1000
Fort Wayne, Indiana 46802
(260) 426-1300

Robert G. Abrams
HOWREY SIMON ARNOLD &
 WHITE, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 783-0800

Attorneys for defendant

_____
C. Erik Chickedantz (#3209-02)
HAWK, HAYNIE, KAMMEYER
 & CHICKEDANTZ, LLP
116 East Berry Street, Suite 302
Fort Wayne, Indiana 46802
(260) 422-1515

Robert P. Greenspoon
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Attorneys for plaintiffs

SO ORDERED:
Dated:

_____
United States Magistrate Judge
Northern District of Indiana.